19-CV-6984 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LAHSEN ABOUL, |
| Plaintiff, |
| -v- |
| AMERITANIA 54TH ASSOCIATES, LLC |
| Defendant. |
| LAHSEN ABOUL, |
| Plaintiff, |
| -v- |
| AMSTERDAM HOSPITALITY, |
| Defendant. |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/6/20

19-CV-9986 (RA)
19-CV-9987 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the letters filed by Plaintiff Lahsen Aboul in both cases, seeking an extension to amend his complaint. Mr. Aboul's application is granted. Accordingly, he shall file his amended complaint no later than February 3, 2020.

Mr. Aboul is reminded that information about a legal clinic which assists people who are parties in civil cases and do not have lawyers is attached to the end of this order. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The

Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

The Clerk of Court is directed to mail a copy of this order to Mr. Aboul.

SO ORDERED.

Dated: January 6, 2020
       New York, New York

RONNIE ABRAMS
United States District Judge



**NYLAG** — NEW YORK LEGAL ASSISTANCE GROUP

Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
1 p.m. - 5 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of
UJA❍Federation
of New York