USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAHSEN ABOUL,

                Plaintiff,      **ORDER**

  -v-                                          19-CV-9986 (RA) (JLC)

AMERITANIA 54th ASSOCIATES, LLC,

                Defendant.
-----------------------------------------------------------------X
LAHSEN ABOUL,

                Plaintiff,      19-CV-9987 (RA) (JLC)

  -v-

AMSTERDAM HOSPITALITY,

                Defendant.
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Orders dated January 6, 2020, Judge Abrams directed Mr. Aboul to file his amended complaint in each case by February 3, 2020. *See* No. 19-cv-9986 Dkt. 12, No. 19-cv-9987 Dkt. 9. To date, no amended pleading has been filed. Accordingly, the Court directs Mr. Aboul to file his amended complaint in each case no later than **March 13, 2020**. If he fails to do so, these cases may be subject to dismissal for failure to prosecute.

    **SO ORDERED.**

Dated: New York, New York
       February 26, 2020

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**
Lahsen Aboul
846 Bay Ridge Avenue, 1F
Brooklyn, NY 11220