UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAHSEN ABOUL,

          Plaintiff,

   -v-

AMERITANIA 54th ASSOCIATES, LLC,

          Defendant.
-----------------------------------------------------------X
LAHSEN ABOUL,

          Plaintiff,

   -v-

AMSTERDAM HOSPITALITY,

          Defendant.
-----------------------------------------------------------X

**ORDER OF SERVICE**

19-CV-9986 (RA) (JLC)

19-CV-9987 (RA) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/17/2020__

**JAMES L. COTT, United States Magistrate Judge.**

    Pursuant to Judge Abrams's Orders dated January 6, 2020, plaintiff filed an amended complaint in each of these two related cases. *See* Dkt. No. 15 in Case No. 19-cv-9986, Dkt. No. 12 in Case No. 19-cv-9987. Accordingly, to allow the plaintiff to effect service of the amended complaint in each case through the U.S. Marshals Service, the Clerk of Court is hereby instructed to fill out a U.S. Marshals Service Process Receipt and Return form for each defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of both amended complaints upon the respective defendant. Lastly, the Clerk is directed to mail a copy of this Order to the plaintiff.

    **SO ORDERED.**

Dated: March 17, 2020
       New York, New York

JAMES L. COTT
United States Magistrate Judge