USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| LAHSEN ABOUL, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| -v- | : | 19-CV-9986 (RA) (JLC) |
| | : | |
| AMERITANIA 54th ASSOCIATES, LLC, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| LAHSEN ABOUL, | : | |
| | : | |
| Plaintiff, | : | 19-CV-9987 (RA) (JLC) |
| | : | |
| -v- | : | |
| | : | |
| AMSTERDAM HOSPITALITY, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

IT IS ORDERED that these pro se cases are referred for mediation to the Court's Mediation Program. Local Civil Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case.

IT IS FURTHER ORDERED that the Clerk of Court shall attempt to locate pro bono counsel to represent Plaintiff at the mediation. Pro bono counsel will contact Plaintiff directly. The time to assign a mediator under Local Civil Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono

counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by Plaintiff either to the mediation or to the Court's request for pro bono counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.

**SO ORDERED.**

Dated: October 8, 2020
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed and emailed to:**
Lahsen Aboul
846 Bay Ridge Avenue, 1F
Brooklyn, NY 11220
Lahsenaboul22@gmail.com