UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/9/21

---

LAHSEN ABOUL,

                Plaintiff,

v.

AMERITANIA 54TH ASSOCIATES, LLC,

                Defendant.

---

LAHSEN ABOUL,

                Plaintiff,

v.

AMSTERDAM HOSPITALITY,

                Defendant.

19-CV-9986 (RA)
19-CV-9987 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 8, 2021, Defendants in these actions filed motions to compel arbitration. *See* Dkt. 43 (No. 19-CV-9986) and Dkt. 37 (No. 19-CV-9987); *see also* Dkt. 40 (No. 19-CV-9987) (affidavit of service). A motion to compel arbitration is a request that a court require a plaintiff to raise his legal claims not in the existing lawsuit before the judge but instead in a private arbitration. In these cases, Defendants argue that under the collective bargaining agreement (CBA) covering Mr. Aboul's employment, he is required to submit his claims to arbitration.

    Mr. Aboul has not yet responded to these motions or indicated whether he opposes them. In light of Mr. Aboul's *pro se* status, the deadline for him to respond to the motions is hereby extended to April 8, 2021. If he does not oppose the motions by that date, the Court will treat them as unopposed and will, if merited, grant them. In preparing his response, Mr. Aboul may wish to consult the New York Legal Assistance Group's legal clinic for *pro se* litigants, by

visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Aboul.

SO ORDERED.

Dated:   March 9, 2021
         New York, New York

Ronnie Abrams
United States District Judge