UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAHSEN ABOUL,

                Plaintiff,

      v.

AMERITANIA 54TH ASSOCIATES, LLC,

                Defendant.

*and*

LAHSEN ABOUL,

                Plaintiff,

      v.

AMSTERDAM HOSPITALITY GROUP, LLC,

                Defendant.

No. 19-cv-9986 (RA)
No. 19-cv-9987 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On August 31, 2021, the Court granted Defendants' motions to compel arbitration and stayed the case pending resolution of the arbitration. Dkt. 61. On January 24, 2022, the Court ordered the parties to submit a letter on the status of arbitration by no later than June 2, 2022. Dkt. 67. On June 1, 2022, Defendants reported to the Court that Plaintiff had not, to their knowledge, proceeded to arbitration. Dkt. 68.

No later than November 7, 2022, the parties shall file a joint letter updating the Court on the status of this case. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:	November 1, 2022
	New York, New York

_____
Ronnie Abrams
United States District Judge