UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAHSEN ABOUL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERITANIA 54TH ASSOCIATES, LLC,<br><br>　　　　　　　Defendant.<br><br>*and*<br><br>LAHSEN ABOUL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMSTERDAM HOSPITALITY GROUP, LLC,<br><br>　　　　　　　Defendant. | No. 19-cv-9986 (RA)<br>No. 19-cv-9987 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

　　On November 7, 2022, the Court received status letters from both parties indicating that Plaintiff has submitted his claim for arbitration. The parties are directed to submit an update on the status of arbitration on or before March 1, 2023.

SO ORDERED.

Dated:　　November 8, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge