UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAHSEN ABOUL,

              Plaintiff,

    v.

AMERITANIA 54TH ASSOCIATES, LLC,

              Defendant.

*and*

LAHSEN ABOUL,

              Plaintiff,

    v.

AMSTERDAM HOSPITALITY GROUP, LLC,

              Defendant.

No. 19-cv-9986 (RA)
No. 19-cv-9987 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On November 9, the Court ordered the parties to file an update on the status of arbitration on or before March 1, 2023. No letter has been received to date. No later than September 20, 2023, the parties shall file a letter updating the Court on the status of this action. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 12, 2023
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge