UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAHSEN ABOUL,<br><br>     Plaintiff,<br><br>  v.<br><br>AMERITANIA 54TH ASSOCIATES, LLC,<br><br>     Defendant.<br><br>*and*<br><br>LAHSEN ABOUL,<br><br>     Plaintiff,<br><br>  v.<br><br>AMSTERDAM HOSPITALITY GROUP, LLC,<br><br>     Defendant. | No. 19-cv-9986 (RA)<br>No. 19-cv-9987 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  On November 9, 2022 the Court ordered the parties to file an update on the status of arbitration on or before March 1, 2023.  No letter was filed.  On September 12, 2023, the Court again ordered the parties to file a status letter by September 20, 2023.  No letter has been filed.  The parties shall have one last opportunity to file a status letter by September 29, 2023.  Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 22, 2023
    New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge