UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAHSEN ABOUL,<br><br>                Plaintiff,<br><br>      v.<br><br>AMERITANIA 54TH ASSOCIATES, LLC,<br><br>                Defendant.<br><br>*and*<br><br>LAHSEN ABOUL,<br><br>                Plaintiff,<br><br>      v.<br><br>AMSTERDAM HOSPITALITY GROUP, LLC,<br><br>                Defendant. | No. 19-cv-9986 (RA)<br>No. 19-cv-9987 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

      On October 2, 2023, the Court ordered the parties to submit a status letter by November 15, 2023. To date, no letter has been filed.

      The parties shall submit their joint letter no later than November 28, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     November 21, 2023
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge