UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAHSEN ABOUL,<br><br>      Plaintiff,<br><br>    v.<br><br>AMERITANIA 54TH ASSOCIATES, LLC,<br><br>      Defendant.<br><br>*and*<br><br>LAHSEN ABOUL,<br><br>      Plaintiff,<br><br>    v.<br><br>AMSTERDAM HOSPITALITY GROUP, LLC,<br><br>      Defendant. | No. 19-cv-9986 (RA)<br>No. 19-cv-9987 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On January 2, 2024, the parties filed a stipulation of voluntary dismissal. On January 3, 2024, the Clerk's Office rejected the filing as deficient for the parties' failure to provide the case number and select the correct parties. The Clerk's Office instructed the parties to correct and refile the document. The parties refiled the stipulation on January 23, 2024. On March 20, 2024, the Clerk's Office again rejected the document as deficient, this time due to the lack of "wet signatures" by all parties. The Clerk's Office again instructed the parties to re-file a corrected stipulation.

  To date, the parties have not submitted a revised stipulation. Should the parties still seek to file a stipulation of voluntary dismissal, they shall do so by June 14, 2024. Should the parties no longer seek to file a stipulation of voluntary dismissal, they shall instead file a joint letter informing the Court as to the status of the case and proposing next steps in the litigation.

SO ORDERED.

Dated:  May 22, 2024
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge